# UNITED STATES DISTRICT COURT

## DISTRICT OF SOUTH CAROLINA

### AIKEN DIVISION

UNITED STATES OF AMERICA

vs.

CASE NO. 1:24-412

THOMAS ALLEN BATEMAN, JR.

## PLEA

The Defendant, THOMAS ALLEN BATEMAN, JR. acknowledges receipt of a copy of the Indictment and after arraignment pleads not guilty in open court.

_____
(Signed) Defendant

Columbia, South Carolina
Date: 6/3/2024